Lewis **BANKS,** Petitioner–Appellant,

v.

**Steven J. GAL, Warden; Federal Bureau of Prisons, Respondents–Appellees.**

No. 02–6806.

United States Court of Appeals, Fourth Circuit.

Submitted Sept. 5, 2002.

Decided Sept. 10, 2002.

Lewis Banks, Appellant Pro Se.

Before MOTZ, KING, and GREGORY, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Lewis Banks appeals the district court's order denying relief on his 28 U.S.C. § 2241 (1994) petition. We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Banks v. Gal,* No. CA–01–2543–23BD (D.S.C. filed May 2, 2002, entered May 3, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*